Fishman, Appellant, *v.* Davidson.

Argued November 19, 1951. Before DREW, C. J., STERN, STEARNE, LADNER and CHIDSEY, JJ.

42

44

*Bernard R. Cohn,* for appellants.

*Morris H. Vernick,* for appellees.

OPINION PER CURIAM, December 27, 1951:

We are all of the opinion that President Judge SMITH of the court below adequately and correctly disposes of the questions raised on this appeal.

Judgment affirmed.